# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Beaumont Division
THE HONORABLE JUDGE MARCIA A. CRONE

| | | | |
|---|---|---|---|
| DATE: | Thursday, June 17, 2021 | CASE NUMBER: | 1:21CR9 |
| LOCATION: | Beaumont – Courtroom 3 | | |
| COURTROOM DEPUTY: | Julia Colyer | | |
| COURT REPORTER: | Ruth Weese | DEFENDANT: | SHASHANK SHEKHAR RAI |
| INTERPRETER: | None | COUNSEL: | Joseph "Lum" Hawthorn |
| CALLED: | 2:32 PM | | |
| ADJOURNED: | 3:01 PM | AUSA: | Louis Manzo |
| DURATION: | 29 Minutes | USPO: | Angie Wallace |

## SENTENCING

This day comes the parties by their attorneys and the following proceedings are held before the Honorable Judge Marcia A. Crone in Beaumont, Texas:

| | |
|---|---|
| 2:32 PM | Court is called. The parties announce their appearance. |
| 2:33 PM | The defendant and the defendant's counsel have discussed the presentence report, Counsel Hawthorn addresses the Court. AUSA Manzo replies. The Court finds in favor of the government and determines the full amount of intended loss is applicable in determining the guideline range. The Court also determines the offense was achieved through sophisticated means, and therefore the guideline range shall reflect such. The presentence investigation report is admitted with changes. The Court accepts the plea agreement. The plea agreement is unsealed pursuant to Local Rule CR-49. The Court adopts the presentence report without changes: The offense level is 26. The criminal history category is I, providing an advisory guideline range of 63 to 78 months. |
| 2:52 PM | Counsel Hawthorn addresses the Court. |
| 2:55 PM | The Court allows the defendant to provide an allocution statement. |
| 2:56 PM | The Court sentences the defendant to **a term of 24 months imprisonment on Count 1 of the Information**. The Court orders **$20,000 fine** and orders the defendant pay a **special assessment of $100.00**. |
| 2:57 PM | The Court sentences the defendant to **2 years supervised release.** The Court orders the defendant to abide by standard conditions of release, to include committing no offenses; federal, state or local. The Court orders the defendant to not illegally possess a controlled substance. The Court orders the defendant to comply with the mandatory and special conditions as set forth in the Presentence Report. The Court orders the defendant to report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons. |
| 3:01 PM | The Court advises the defendant of the right to appeal and apply for court appointed counsel in forma pauperis. **The Court grants the government's motion to dismiss the prior complaint.** There is no objection. The Court orders **the defendant to surrender to the custody of the US Marshals immediately after today's hearing.** Court adjourns. |